UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS TURNER, | No. C 06-00343 JCS |
| Plaintiff(s), | |
| v. | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |
| _____/ | |

Plaintiff filed his complaint on January 19, 2006, pursuant to 42 U.S.C. 405(g), for Court review of denial of Social Security benefits. Defendant was served on April 6, 2006, and filed an Answer to Plaintiff's complaint on June 22, 2006. Civil Local Rule 16-5 states: "Within 30 days of receipt of defendant's answer, plaintiff must file a motion for summary judgment pursuant to Civil L.R. 7-2 and FRCivP 56." As of the date of this Order, Plaintiff has not filed a Motion for Summary Judgment.

Based on the Court's review of the file in this matter, IT IS HEREBY ORDERED that no later than **February 1, 2007**, Plaintiff shall file a declaration showing cause why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: January 8, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge