UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS TURNER.

    Plaintiff(s),

  v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant(s).

Case No. C06-0343 JCS

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On January 9, 2007, an Order to Show Cause was issued as to why this action should not be dismissed for Plaintiff's failure to prosecute this action. Plaintiff was required to file a declaration no later than February 1, 2007.

No such declaration having been filed with the Court, IT IS HEREBY ORDERED THAT this case shall be dismissed without prejudice for Plaintiff's failure to prosecute and comply with the Court's Order.

IT IS SO ORDERED.

Dated: February 7, 2007

_____
Joseph C. Spero
United States Magistrate Judge